UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ESCOBAR, ALEJANDRINA R § Case No. 13-32385
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John A. Hedback, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/John A. Hedback_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affinity Plus Credit U 175 W Lafayette Frontage Rd Saint Paul, MN  55107-1488 | | | | | |
| | Affinity Plus Credit U 175 W Lafayette Frontage Rd Saint Paul, MN  55107 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN A. HEDBACK | | | | | |
| JOHN A. HEDBACK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLINA HOSPITALS & CLINICS PO BOX 77003 MINNEAPOLIS, MN  55480-7703 | | | | | |
| | Bank Of America 4060 Ogletown/stanton Rd Newark, DE  19713 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase - Cc Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase 201 N. Walnut St//de1-1027 Wilmington, DE  19801 | | | | | |
| | Chase 201 N. Walnut St//de1-1027 Wilmington, DE  19801 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Comenity Bank/vctrssec Po Box 182789 Columbus, OH 43218 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | G Jwl/cbna Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Gecrb/jcp Po Box 965007 Orlando, FL  32896 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/m Wards Po Box 965005 Orlando, FL  32896 | | | | | |
| | Gecrb/mervyns Po Box 965005 Orlando, FL  32896 | | | | | |
| | Gecrb/the Tile Shop PO Box 960061 Orlando, FL  32896-0061 | | | | | |
| | Hsbc/menards Po Box 30253 Salt Lake City, UT  84130 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |
| | Rnb - Mflds 3701 Wayzata Blvd Minneapolis, MN  55416 | | | | | |
| | Thd/cbna Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Wells Fargo Bank Po Box 14517 Des Moines, IA  50306 | | | | | |
| | Wffnb Retail Po Box 94498 Las Vegas, NV  89193 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000002 | CAPITAL ONE, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | CITIBANK, N.A. | | | | | |
| 000005 | CITIBANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-32385 | KAC | Judge: KATHERINE A CONSTANTINE | Trustee Name: | John A. Hedback |
|---|---|---|---|---|---|
| Case Name: | ESCOBAR, ALEJANDRINA R | | | Date Filed (f) or Converted (c): | 05/14/13 (f) |
| | | | | 341(a) Meeting Date: | 06/13/13 |
| For Period Ending: | 05/14/14 | | | Claims Bar Date: | 10/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence at: 175 Burke Ave W Saint Paul, MN 5511<br>1/2 interest | 120,450.00 | 0.00 | | 0.00 | FA |
| 2. Affinity Plus Federal Credit Union checking acct<br>settlement | 1,800.00 | 296.02 | | 296.02 | FA |
| 3. Affinity Plus Federal Credit Union savings acct<br>settlement | 200.00 | 32.89 | | 32.89 | FA |
| 4. Household furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 2007 Toyota Corolla MV (65,000 miles)<br>settlement | 8,500.00 | 2,697.10 | | 2,697.10 | FA |
| 7. Wages (u)<br>settlement | 416.50 | 273.99 | | 273.99 | FA |
| 8. 2013 Tax Refunds (u) | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $134,366.50     $3,300.00     $3,300.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 13-32385 KAC Judge: KATHERINE A CONSTANTINE | Trustee Name: John A. Hedback |
| Case Name: | ESCOBAR, ALEJANDRINA R | Date Filed (f) or Converted (c): 05/14/13 (f) |
| | | 341(a) Meeting Date: 06/13/13 |
| | | Claims Bar Date: 10/15/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a notice of lis pendens on property. Debtor amended schedules Trustee proceeding accordingly

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-32385 -KAC | Trustee Name: | John A. Hedback |
|---|---|---|---|
| Case Name: | ESCOBAR, ALEJANDRINA R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0951 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7968 | | |
| For Period Ending: | 08/11/14 | Blanket Bond (per case limit): | $ 16,978,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 03/14/14 | 2 | DEBTOR | PAYMENT | 1129-003 | 300.00 | | 300.00 |
| 03/25/14 | 2, 3 | DEBTOR (REDPOSIT) | REDEPOSITED CHECK | 1129-000 | 300.00 | | 600.00 |
| * 04/01/14 | 2 | DEBTOR | PAYMENT NSF Check from 3/14 | 1129-003 | -300.00 | | 300.00 |
| 04/10/14 | | DEBTOR | PAYMENT | | 3,000.00 | | 3,300.00 |
| | 3 | | Memo Amount: 28.91 PAYMENT | 1129-000 | | | |
| | 6 | | Memo Amount: 2,697.10 PAYMENT | 1129-000 | | | |
| | 7 | | Memo Amount: 273.99 PAYMENT | 1229-000 | | | |
| 04/15/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 3,288.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,278.00 |
| 07/09/14 | 010001 | John A. Hedback 2855 Anthony Lane So Suite 201 St Anthony, MN 55418 | Chapter 7 Compensation/Expense | | | 974.76 | 2,303.24 |
| | | | Fees 825.00 | 2100-000 | | | |
| | | | Expenses 149.76 | 2200-000 | | | |
| 07/09/14 | 010002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 23.47625% FINAL DISTRIBUTION 2952 | 7100-000 | | 1,601.20 | 702.04 |
| 07/09/14 | 010003 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Claim 000002, Payment 23.47613% FINAL DISTRIBUTION 4469 | 7100-000 | | 571.51 | 130.53 |
| 07/09/14 | 010004 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Claim 000003, Payment 23.47789% FINAL DISTRIBUTION 7222 | 7100-000 | | 130.53 | 0.00 |

**Total Of All Accounts** 0.00